UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Juan Carlos Arias<br><br>        Defendant. | ) Case No. CV 05-2472-RSWL<br>)<br>)        CR 95-345-RSWL<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

On April 3, 2008, Defendant Juan Carlos Arias, acting pro se, filed a letter/brief with this Court seeking an Order extending time to file an appeal and a Certificate of Appealability.  The Court having considered all papers filed in connection with this Motion, **HEREBY TAKES THE MATTER UNDER SUBMISSION AND RULES AS FOLLOWS:**

Defendant has failed to make a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253.  Therefore, the Court finds that he is not entitled to a Certificate of Appealability.

Fed. R. App. P. 4(a)(5) grants district courts discretion to extend the time to file a notice of appeal if the party moves for an extension during the thirty days after the time prescribed by Rule 4(a), and where the party shows excusable neglect or good cause. Defendant's only justification for failing to timely make an request for appeal is that he has been "in transit."  The Court finds this insufficient.

Defendant's Requests are therefore **DENIED**.  This Court will not extend time with which to appeal or issue a Certificate of Appealability.

**IT IS SO ORDERED.**

/s/

---

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: April 14, 2008